**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **XAVIER MITCHELL BABERS,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**KELLY HARRINGTON, Warden,** )<br>)<br>Respondent. )<br>_____ ) | **No. CV 11-1184-R (RCF)**<br><br>**ORDER ACCEPTING REPORT**<br>**REPORT AND RECOMMENDATION OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   <u>Jan. 8, 2013</u>

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE