UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XAVIER MITCHELL BABERS,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | No. CV 11-1184-R (RCF)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  Jan. 8, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE